ACCEPTED
04-15-00532-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/26/2015 4:04:02 PM
KEITH HOTTLE
CLERK

CAUSE NO. 12-09-27789-MCVAJA

| | | |
|---|---|---|
| MAVERICK AGGREGATES, INC., | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| | § | 365th JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| IPE AGGREGATE, LLC, | § | |
| METSO MINERALS INDUSTRIES, INC. | § | |
| and CRISP INDUSTRIES, INC., | § | |
| Defendants. | § | MAVERICK COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/26/2015 4:04:02 PM
KEITH E. HOTTLE
Clerk

### DEFENDANT METSO MINERALS INDUSTRIES, INC.'S
### NOTICE OF APPEAL

Defendant, Metso Minerals Industries, Inc. ("Metso"), desires to appeal, and gives notice of its appeal, from the interlocutory order entitled "Order Denying Application to Compel Arbitration of Metso Minerals Industries, Inc.," which the trial court signed on August 25, 2015 in Cause No. 12-09-27789-MCVAJA, *Maverick Aggregates, Inc. v. IPE Aggregate, LLC, Metso Minerals Industries, Inc. and Crisp Industries, Inc.*, 365th Judicial District Court of Maverick County, Texas, and which denies Metso's request to require Plaintiff, Maverick Aggregates, Inc., to arbitrate its claims.

In accordance with Texas Civil Practice and Remedies Code § 51.016 and Texas Rules of Appellate Procedure, Rules 25.1 and 28.1, this is an accelerated interlocutory appeal, as allowed by statute. *Cf.* TEX. CIV. PRAC. & REM. CODE § 171.098. Defendant Metso Minerals Industries, Inc. appeals to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

LANGLEY & BANACK, INC.

By:/s/ *Catherine M. Stone*
CATHERINE M. STONE
State Bar No. 19286000
cstone@langleybanack.com
HERIBERTO MORALES, JR.
State Bar No. 24011285
hmorales@langleybanack.com

PAULA C. BOSTON
State Bar No. 24089661
pboston@langleybanack.com
745 East Mulberry, Suite 900
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Facsimile

ERIC W. MATZKE (*pro hac vice*)
WI State Bar No. 1079340
Eric.Matzke@quarles.com
QUARLES & BRADY LLP
411 E. Wisconsin Avenue, Suite 2350
Milwaukee WI 53202-4426
(414) 277-5365 Telephone
(414) 978-8906 Facsimile

ATTORNEYS FOR DEFENDANT-APPELLANT
METSO MINERAL INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served upon the following on this 26 day of August, 2015, via email and regular mail:

Mr. Daniel R. Dutko       DDutko@hanszenlaporte.com
HANSZEN LAPORTE
11767 Katy Freeway, Ste. 850
Houston, Texas 77970
Attorneys for Maverick Aggregates, Inc.

Mr. Oscar A. Garza        ogarza@oscargarzalaw.com
THE LAW FIRM OF OSCAR A. GARZA, LLC
111 Soledad Street, Suite 300
San Antonio, Texas 78205
Attorney for IPE Aggregate, LLC

Mr. G. Alan Powers        apowers@sbplaw.com
SIMPSON, BOYD & POWERS
P. O. Box 685
1119 Halsell Street
Bridgeport, Texas 76426
Attorneys for Crisp Industries, Inc.

/*s/ Catherine M. Stone*
CATHERINE M. STONE